Núm. 8049.—GONZÁLEZ, ETC., apldos. *v.* HERNÁNDEZ, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Noviembre 28, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación radicada en el caso de autos por los demandantes apelados y la certificación expedida por el secretario de la Corte de Distrito de San Juan que la acompaña; oída la parte apelada en la vista del 27 de noviembre actual, a la que no compareció la parte apelante, y apareciendo que se trata de una sentencia que dictó la Corte de Distrito de San Juan en apelación de una corte municipal, por la suma de $262.14, intereses legales y costas, en favor de los demandantes, careciendo por tanto esta Corte de jurisdicción para conocer del recurso por razón de la cuantía; visto el inciso segundo del artículo 295 del Código de Enjuiciamiento Civil, edición de 1933, y los casos de *Arzuaga* v. *Muñoz*, 55 D.P.R. 106; *Espinosa* v. *P. R. Telephone Co.*, 40 D.P.R. 518; *Gutiérrez* v. *Díaz*, 20 D.P.R. 270, y *Nadal* v. *American R. R. Co.*, 19 D.P.R. 1080, procede desestimar el recurso, y así se ordena.